918

(November 2, 1962)

■ In the Matter of the Arbitration between LEO F. HANAN and GERALD J. MCKERNAN.— Motion for leave to reargue or for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. The stay contained in the order to show cause, dated October 22, 1962 is vacated. Motion for a stay denied.— Concur — McNally, J. P., Stevens, Eager and Steuer, JJ.

■ JULIA CHILES et al. v. LEE SUPER MARKET, INC.— Motion for an extension of time granted insofar as to extend the time for defendants-appellants to serve their answer to 10 days after service upon their attorney of a copy of the order of this court determining said appeal, with notice of entry thereof, on condition that appellants procure the record on appeal and appellants' points to be served and filed on or before November 8, 1962, with notice of argument for November 20, 1962, said appeal to be argued or submitted when reached. Respondents' points are to be served and filed on or before November 14, 1962. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.